UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-62082-RKA

NATRICIA KERR,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC, and TRANSUNION, LLC,

      Defendant.

_____/

## NOTICE OF SETTLEMENT WITH RESPECT TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS,INC.

Plaintiff Natricia Kerr submits this Notice of Settlement and states the Plaintiff and

Defendant Experian Information Solutions, Inc. have reached a settlement with regard to this case

and are presently drafting, finalizing, and executing the formal settlement documents. Upon full

execution of the same, the parties will file the appropriate dismissal documents with the Court.

The case remains open with respect to the remaining Defendants.

Dated: November 17, 2021

Respectfully Submitted,

 /s/ Thomas Patti                     .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:    855-529-9540

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on November 17, 2021, the forgoing was electronically filed

Via the Court's CM/ECF system on all counsel of record.

 /s/ Thomas Patti                                              .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com