UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:21-cv-62082-RKA

NATRICIA KERR,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC, and TRANSUNION, LLC,

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC

Plaintiff Natricia Kerr, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice with respect to Defendant Experian Information Solutions, Inc.

DATED: January 19, 2022

                              Respectfully Submitted,

                              /s/ Thomas J. Patti
                              **JIBRAEL S. HINDI, ESQ.**
                              Florida Bar No.: 118259
                              E-mail:    jibrael@jibraellaw.com
                              **THOMAS J. PATTI, ESQ.**
                              Florida Bar No.: 118377
                              E-mail:    tom@jibraellaw.com
                              The Law Offices of Jibrael S. Hindi
                              110 SE 6th Street, Suite 1744
                              Fort Lauderdale, Florida 33301
                              Phone:    954-907-1136
                              Fax:       855-529-9540
                              *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/ Thomas J. Patti                       .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com