UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-62082-ALTMAN/Hunt

**NATRICIA KERR**,

    *Plaintiff*,

v.

**EXPERIAN INFORMATION SOLUTIONS**,
**INC.**, *et al.*,

    *Defendants.*

_____/

## ORDER

The Plaintiff has filed a Notice of Settlement as to each Defendant [ECF Nos. 29, 31, 37]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **February 18, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of January 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record