UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:21-cv-62082-RKA

NATRICIA KERR,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC
and TRANS UNION LLC,

    Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Natricia Kerr and Defendants Experian Information Solutions, Inc., and Equifax Information Services, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: February 18, 2022

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Graziella Michelle Pastor |
| **Jibrael S. Hindi, Esq.** | **Graziella Michelle Pastor, Esq.** |
| Florida Bar No.: 118259 | Graziella Pastor |
| E-mail:jibrael@jibraellaw.com | Florida Bar No. 1033024 |
| **Thomas J. Patti, Esq.** | Email: gpastor@jonesday.com |
| Florida Bar No.: 118377 | JONES DAY |
| E-mail:tom@jibraellaw.com | 600 Brickell Avenue, Suite 3300 |
| The Law Offices of Jibrael S. Hindi | Miami, FL 33131 |
| 110 SE 6th Street, Suite 1744 | Telephone: (305) 714-9815 |
| Fort Lauderdale, Florida 33301 | Facsimile: (305) 714-9815 |
| Phone: 954-907-1136 | /s/Jason Daniel Joffe |
| Fax:    855-529-9540 | **Jason Daniel Joffe, Esq.** |
| | Squire Patton Boggs (US) LLP |
| *COUNSEL FOR PLAINTIFF* | 200 S. Biscayne Blvd., Suite 4700 |
| | Miami, Florida 33131 |
| | Phone: 305-577-7010 |